IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALLURERA MARTIN, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00225-TES-MSH |
| | * |
| STATE OF GEORGIA, et al., | * |
| Defendant. | * |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 19, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of March, 2024.

David W. Bunt, Clerk


s/ Shabana Tariq, Deputy Clerk